TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

JILL S. CASSELMAN (Cal. Bar No. 266085)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0165
    Facsimile: (213) 894-7819
    E-mail: Jill.Casselman@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY NICHOLL;<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 2:20-cv-5438-RSWL-JEMx<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Honorable Ronald S. W. Lew<br>United States District Judge |

1   IT IS HEREBY STIPULATED by and between the parties, through their
2   undersigned counsel, that the above-captioned action is dismissed with prejudice in its
3   entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each
4   side to bear its own costs, fees, and expenses.

6   Dated:  April 4, 2022             CARPENTER & ZUCKERMAN, LLP

                                       /s/ Sark Ohanian
                                      SARK OHANIAN, ESQ.

                                      Attorneys for Plaintiff Timothy Nicholl

10  Dated:  April 4, 2022             TRACY L. WILKISON
                                      United States Attorney
                                      DAVID M. HARRIS
                                      Assistant United States Attorney
                                      Chief, Civil Division
                                      JOANNE S. OSINOFF
                                      Assistant United States Attorney
                                      Chief, General Civil Section

                                       /s/ Jill S. Casselman*
                                      JILL S. CASSELMAN
                                      Assistant United States Attorney

                                      Attorneys for Defendant United States of America

\* Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.